**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Jacquelyn M. Fulmer<br>      <u>Debtor</u> | CHAPTER 13<br><br>BKY. NO. 16-16798 MDC |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

  Kindly enter my appearance on behalf of Rushmore Loan Management Services as Servicer for Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust, and index same on the master mailing list.

Re: Loan # Ending In: 2137

                Respectfully submitted,

                **/s/Denise Carlon, Esquire**
                Denise Carlon, Esquire
                Thomas Puleo, Esquire
                KML Law Group, P.C.
                701 Market Street, Suite 5000
                Philadelphia, PA 19106-1532
                (215) 825-6306  FAX (215) 825-6406