# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                              Chapter 13

                              Bankruptcy No. 16-16798-MDC

JACQUELYN M FULMER

571 STENTON AVENUE

BLUE BELL, PA 19422

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    JACQUELYN M FULMER

    571 STENTON AVENUE

    BLUE BELL, PA 19422

**Counsel for debtor(s), by electronic notice only.**
    SCOTT F. WATERMAN ESQ
    110 W FRONT ST

    MEDIA, PA 19163-

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

                                                             /s/ William C. Miller

Date: 12/1/2016

                                                             _____
                                                             William C. Miller, Esquire
                                                             Chapter 13 Standing Trustee