# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

            Chapter 13

            Bankruptcy No. 16-16798-MDC

JACQUELYN M FULMER

571 STENTON AVENUE

BLUE BELL, PA 19422

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

  JACQUELYN M FULMER

  571 STENTON AVENUE

  BLUE BELL, PA 19422

Counsel for debtor(s), by electronic notice only.

  SCOTT F. WATERMAN ESQ
  110 W FRONT ST

  MEDIA, PA 19163-

Date: 6/6/2017

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee